

Dennise Henderson
1903 21st Street
Sacramento, CA 95811
Phone 916-456-2027
Email: dshendersonlaw@yahoo.com

Attorney for Debtor

FILED
DEC 22 2020
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## United States Bankruptcy Court
## For Eastern District of California

In re:

Gayle Elaine Griffiths,

Debtor

Case No.: 20-25487

Chapter 7

DCN.: GEG-3

Honorable: Hon. Christopher D. Jaime
Location: 501 I Street, Suite 3-200
Sacramento, CA

[Action filed : December 10, 2020]

**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**
(with supporting declaration)
**[FRBP 1007(c), LBR 1007-1(b)]**

1. Gayle Elane Griffiths ("Debtor") requests an extension of time under *FRBP 1007(c)* and *LBR 1007-1(b)* to file the following:

→ Attorney's Disclosure Statement.

→ Form 122A-1 Statement of Monthly Income

→ One or more schedules (A/B -J)

- Statement of Financial Affairs
- Summary of Assets and Liabilities
- Debtor's Certification of Employment Income
- Master Address List

2. Date Bankruptcy case filed: 12/10/2020

3. Date of § 341(a) meeting of creditors: 1/19/2021

4. Debtor request extension to and including (extension deadline (date): 1/25/2021

5. Declaration regarding the reason(s) for extension

The end of the year holliday's combined with the social distancing have put a burden on in person meetings with the debtor to collect relevant information. In the interest of justice, I ask the court to extend time to file the case opening documents at a minimum of 30 days.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 day

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2020.

/s/ Dennise Henderson

By:_____
Dennise Henderson,
Attorney for Debtor Gayle Elaine Griffiths